**Opinion filed August 31, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00157-CV

_____

## WARREN BURNETT, D/B/A AWD INDEPENDENT OIL PRODUCERS, LLC, Appellant

## V.

## PIRATE OILFIELD SERVICES, INC., D/B/A VAQUERO ENERGY SERVICES, Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC-18417**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that the parties to this appeal have reached an out-of-court settlement. As part of that settlement, Appellant agreed to dismiss this appeal, and each party agreed to bear its own costs. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

PER CURIAM

August 31, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.